# United States District Court

_NORTHERN_ —————— DISTRICT OF _CALIFORNIA_

E-FILING

GEOFFREY WELLS AND JETTZEN DICKEL

CITY OF WATSONVILLE; CITY COUNCIL MEMBER/ MAYOR KIMBERLY PETERSEN; CITY COUNCIL MEMBER MANUEL BERSAMIN; CITY COUNCIL MEMBER OSCAR RIOS; CITY COUNCIL MEMBER ANTONIO RIVAS; CITY COUNCIL MEMBER GREG CAPUT; CITY COUNCIL MEMBER EDWARD DEN; CITY COUNCIL MEMBER DALE SKILLICORN; CITY DIRECTOR JOHN DOUGHTY AND DOES 1-15

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 01382 RS

TO: (Name and address of defendant)

SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATE WELLS
2600 FRESNO STREET
SANTA CRUZ, CALIFORNIA 95062
(831) 479-4475

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 1 1 2008

CLERK

Tiffany Salinas-Harwell

DATE

(BY) DEPUTY CLERK

ATTACHMENT TO SUMMONS
*Wells, et al. v. City of Watsonville, et al.*

1.    CITY OF WATSONVILLE
      c/o City Clerk
      275 Main Street, Suite 400
      Watsonville, CA 95076

2.    MAYOR KIMBERLY PETERSEN
      275 Main Street, Suite 400
      Watsonville, CA 95076

3.    COUNCIL MEMBER MANUEL BERSAMIN
      275 Main Street, 4th Floor
      Watsonville, CA 95076

4.    COUNCIL MEMBER OSCAR RIOS
      275 Main Street, 4th Floor
      Watsonville, CA 95076

5.    COUNCIL MEMBER ANTONIO RIVAS
      275 Main Street, 4th Floor
      Watsonville, CA 95076

6.    COUNCIL MEMBER GREG CAPUT
      275 Main Street, 4th Floor
      Watsonville, CA 95076

7.    COUNCIL MEMBER EDWARD DIN
      275 Main Street, 4th Floor
      Watsonville, CA 95076

8.    COUNCIL MEMBER DALE SKILLICORN
      275 Main Street, 4th Floor
      Watsonville, CA 95076

9.    DIRECTOR JOHN DOUGHTY
      250 Main Street
      Watsonville, CA 95076

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

_____

☐  Other *(specify):* _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.