**United States District Court**
For the Northern District of California

1

2

3                                                                **\*E-FILED\***
                                                                 **June 12, 2008**
4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   GEOFFREY WELLS, et al.,                        No. C 08-01382  RS

12              Plaintiffs,                          **CLERK'S NOTICE**

13   v.

14   CITY OF WATSONVILLE, et al.,

15              Defendant.
     _____/
16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        Due to the unavailability of the Court, the case management conference in the above-

19   captioned matter currently set for July 2, 2008 at 2:30 p.m. has been continued to **July 9, 2008 at**

20   **2:30 p.m.**

21        The parties shall make a determination regarding the issue of consent to the jurisdiction of

22   the Magistrate Judge and file the appropriate form no later than **July 2, 2008**.

23   Dated:  June 12, 2008

24

25                                            For the Court,
                                              RICHARD W. WEIKING, Clerk
26

27                                            By:    /s/ Martha Parker Brown
                                                     Courtroom Deputy Clerk
28

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

2 | Kate Wells lioness@got.net

3

4 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28