1  Rebecca Connolly, Esq. SBN 145482
2  GRUNSKY, EBEY, FARRAR & HOWELL
   A Professional Corporation
3  240 Westgate Drive
   Watsonville, CA 95076
4  Telephone (831) 722-2444
   Facsimile  (831) 722-6153

5  Attorneys for Defendant CITY OF WATSONVILLE

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11  GEOFFREY WELLS, ET AL.,                 No.  C08-1382 RS

12                    Plaintiffs,           **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

13       vs.

14  CITY OF WATSONVILLE,

15                    Defendants.

16

17     The undersigned parties hereby stipulate that the hearing on the Case Management Conference

18  currently set for July 9, 2008 be continued to September 10, 2008 at 2:30 p.m. or another date

19  convenient to the Court.  A continuance is necessary because defendant City of Watsonville recently

20  filed its answer to the complaint and the parties need additional time to meet and confer to prepare the

21  joint case management conference.  Counsel for plaintiffs is unavailable in the month of August.

22     IT IS SO STIPULATED:

23

24  DATED:    June 24, 2008

25

26                              */s/ Kate Wells*
                                Kate Wells, Attorney for Plaintiffs
27

28

- 1 -

WATL19236\stip-contCMC.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

1 | DATED:    June 24, 2008                          GRUNSKY, EBEY, FARRAR & HOWELL

2 |          By                               /s/ Rebecca Connolly
3 |                                           Rebecca Connolly, Attorneys for Defendant City of Watsonville

5 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 9, 2008 is continued to September 10, 2008 at 2:30 p.m. in Courtroom 4 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California.

DATED: _____        _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge

- 2 -

WATL19236\stip-contCMC.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June, 2008, at Watsonville, California.

By:  /s/ Rebecca Connolly

Rebecca Connolly

- 3 -

WATL19236\stip-contCMC.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**