*E-FILED 6/25/08*

Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY WELLS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WATSONVILLE, <br><br> Defendants. | No.   C08-1382 RS <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** <br> **[proposed] ORDER** |

The undersigned parties hereby stipulate that the hearing on the Case Management Conference currently set for July 9, 2008 be continued to September 10, 2008 at 2:30 p.m. or another date convenient to the Court.  A continuance is necessary because defendant City of Watsonville recently filed its answer to the complaint and the parties need additional time to meet and confer to prepare the joint case management conference.  Counsel for plaintiffs is unavailable in the month of August.

IT IS SO STIPULATED:

DATED:    June 24, 2008

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kate Wells*
　　　　　　　　　　　　　　　　　　　　　　Kate Wells, Attorney for Plaintiffs

- 1 -

DATED:    June 24, 2008                    GRUNSKY, EBEY, FARRAR & HOWELL

    By                        /s/ Rebecca Connolly
                        Rebecca Connolly, Attorneys for Defendant City of Watsonville

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 9, 2008 is continued to September 10, 2008 at 2:30 p.m. in Courtroom 4 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California.

DATED:  June 25, 2008  _____
                        RICHARD SEEBORG
                        United States Magistrate Judge

- 2 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June, 2008, at Watsonville, California.

By:  /s/ Rebecca Connolly

Rebecca Connolly

- 3 -