Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY WELLS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WATSONVILLE, <br><br> Defendants. | No.   C08-1382 RS <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |

The undersigned parties hereby stipulate that the hearing on the Case Management Conference currently set for September 10, 2008 be continued to October 8, 2008 at 2:30 p.m. or another date convenient to the Court.  A continuance is necessary because the parties are attempting to meet and confer to resolve the litigation and they need additional time to meet and confer to prepare the joint case management conference.

IT IS SO STIPULATED:

DATED:    September 4, 2008

                              */s/ Kate Wells*
                              Kate Wells, Attorney for Plaintiffs

- 1 -

WATL19236\stip-contCMC-090408.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

| | | |
|---|---|---|
|1| DATED:   September 4, 2008 | GRUNSKY, EBEY, FARRAR & HOWELL |
|2| By | /s/ Rebecca Connolly |
|3| | Rebecca Connolly, Attorneys for Defendant City of Watsonville |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 10, 2008 is continued to October 8, 2008 at 2:30 p.m. in Courtroom 4 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose, California.

DATED: _____   _____
RICHARD SEEBORG
United States Magistrate Judge

- 2 -

WATL19236\stip-contCMC-090408.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2008, at Watsonville, California.

By:    /s/ Rebecca Connolly

Rebecca Connolly

- 3 -

WATL19236\stip-contCMC-090408.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**