```
Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153
```

Attorneys for Defendant CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY WELLS, ET AL.,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>CITY OF WATSONVILLE,<br><br>                    Defendants. | No.   C08-1382 RS<br><br>**STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS** |

IT IS HEREBY STIPULATED by and between plaintiffs and defendant through their designated counsel that the individually named defendants in the above-captioned action be and hereby are dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) each party to bear their own costs and attorney's fees.

DATED:   September 4, 2008

                                                                      */s/ Kate Wells*
                                                                      Kate Wells, Attorney for Plaintiffs

DATED:   September 4, 2008           GRUNSKY, EBEY, FARRAR & HOWELL

         By                                                           */s/ Rebecca Connolly*
                                                                      Rebecca Connolly, Attorneys for Defendant City of Watsonville

- 1 -

WATL19236\stip-dismissal-090408.doc
**C08-1382 RS**
**STIPULATION TO DISMISS INDIVIDUALLY NAMED DEFENDANTS**

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2008, at Watsonville, California.

By:    /s/ Rebecca Connolly

Rebecca Connolly

- 2 -

WATL19236\stip-dismissal-090408.doc
**C08-1382 RS**
**STIPULATION TO DISMISS INDIVIDUALLY NAMED DEFENDANTS**