*E-FILED 9/8/08*

Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

Attorneys for Defendant CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY WELLS, ET AL.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF WATSONVILLE,<br><br>             Defendants. | No.   C08-1382 RS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |

The undersigned parties hereby stipulate that the hearing on the Case Management Conference currently set for September 10, 2008 be continued to October 8, 2008 at 2:30 p.m. or another date convenient to the Court.  A continuance is necessary because the parties are attempting to meet and confer to resolve the litigation and they need additional time to meet and confer to prepare the joint case management conference.

IT IS SO STIPULATED:

DATED:    September 4, 2008

                                                    */s/ Kate Wells*
                                                    Kate Wells, Attorney for Plaintiffs

- 1 -

WATL19236\stip-contCMC-090408.doc
**C08-1382 RS
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

1  DATED:    September 4, 2008            GRUNSKY, EBEY, FARRAR & HOWELL

2        By              /s/ Rebecca Connolly
3                            Rebecca Connolly, Attorneys for Defendant City of Watsonville
4

5      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management
6  Conference currently scheduled for September 10, 2008 is continued to October 8, 2008 at 2:30 p.m.
7  in Courtroom 4 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose,
8  California.
9
10
              September 8, 2008
11  DATED: _____        _____
                                        RICHARD SEEBORG
12                                      United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

1
2
3    I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained
4    from the other signatory.
5    I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day
6    of September, 2008, at Watsonville, California.
7
8
9
10                                By:    /s/ Rebecca Connolly
11                                       Rebecca Connolly
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

WATL19236\stip-contCMC-090408.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**