Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile  (831) 722-6153

*E-FILED 10/1/08*

Attorneys for Defendant CITY OF WATSONVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEOFFREY WELLS, ET AL., <br><br>                Plaintiffs, <br><br>     vs. <br><br> CITY OF WATSONVILLE, <br><br>                Defendants. | No.   C08-1382 RS <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** <br> **[proposed] ORDER** |

     The undersigned parties hereby stipulate that the hearing on the Case Management Conference currently set for October 8, 2008 be continued to November 12, 2008 at 2:30 p.m. or another date convenient to the Court.  The parties are engaged in serious negotiations aimed at resolving the case. The parties will not be able to complete such negotiations until 14 days after a meeting currently scheduled for October 7, 2008.

     IT IS SO STIPULATED:

DATED:     October 1, 2008

                                   */s/ Kate Wells*
                               Kate Wells, Attorney for Plaintiffs

WATL19236\stip-contCMC-100108.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

DATED:     October 1, 2008                    GRUNSKY, EBEY, FARRAR & HOWELL

           By                                 /s/ Rebecca Connolly
                                          Rebecca Connolly, Attorneys for Defendant City
                                          of Watsonville


     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management

Conference currently scheduled for October 8, 2008 is continued to November 12, 2008 at 2:30 p.m.

in Courtroom 4 on the 5th Floor of the United States District Court, 280 S. First Street, San Jose,

California.


DATED:  ___10/1/08_____         _____
                                          RICHARD SEEBORG
                                          United States Magistrate Judge

WATL19236\stip-contCMC-100108.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of October, 2008, at Watsonville, California.

By:    /s/ Rebecca Connolly

Rebecca Connolly

WATL19236\stip-contCMC-100108.doc
**C08-1382 RS**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**